District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAUSICAA MARIE-MADELEINE HABIMANA KANTENGWA,<br><br>            Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-00327-KKE<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until January 17, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on August 23, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until January 17, 2025.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00327-KKE] - 1

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for September 20, 2024. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. After the interview, USCIS will need time to adjudicate Plaintiff's asylum application. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until January 17, 2025. The parties will submit a joint status report on or before January 17, 2025.

//

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00327-KKE] - 2

DATED this 19th day of August, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF DANIEL J. SMITH, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Daniel J. Smith*<br>DANIEL J. SMITH, WSBA #30521<br>145 NW 85th Street, Suite 103<br>Seattle, Washington 98117<br>Phone: (206) 438-8720<br>Email: daniel@danielsmithlawoffice.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

**I certify that this memorandum contains 392 words, in compliance with the Local Civil Rules.**

**ORDER**

The Court GRANTS the parties' stipulated motion (Dkt. No. 11) to hold this case in abeyance until January 17, 2025.  The parties shall submit a joint status report on or before January 17, 2025.

DATED this 20th day of August, 2024.

Kymberly K. Evanson
United States District Judge