UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAUSICAA MARIE-MADELEINE HABIMANA KANTENGWA,<br><br>Plaintiff(s),<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendant(s). | CASE NO. C24-0237-KKE<br><br>ORDER OF DISMISSAL |

The Court GRANTS the parties' stipulated motion to dismiss. Dkt. No. 14. This case is hereby DISMISSED without prejudice.

Dated this 4th day of November, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1